IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WINFRED G. BEASLEY                                              PLAINTIFF

v.                          No. 3:16-cv-196-DPM

WARREN UNILUBE, INC.                                            DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 July 2018